I, Lonnie Price , DoB. 2-4-94
Court of Appeals number: 04-14-00643
Trial court case number: 2011CR9144

I was informed by Court Appointed Appeal
Attorney that there arent Meritorious Issues
To raise on Appeal Attorney Patrick barry
montgomery has fail to file a Anders brief
and send it to me so i may file a pro se brief
Pease notify Patrick barry montgomery
 111 Soledad street suite 300 , San antonio TX 78205
and inform Attorney i need the Anders brief
Thanks.

Sincerly Lonnie price

2015 JUN -3 PM 12: 12



Lonnie Price #1939646
4304 Hwy 202
Beeville TX 78102

2015 JUN -3 PM 12: 12

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
01 JUN 2015 PM 2 1

FOREVER USA

78205$3037

Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa Suite 3200
San Antonio Texas 78205-3037